**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 16-2687-JFW (MRWx)**                                             Date: March 13, 2017

Title:   Troika International, Inc. -v- Chang Lim Lee, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

　　　　Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on June 21, 2016, the parties were ordered to submit a Pre-Trial Conference Order and file Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by March 10, 2017.  The parties have violated the Court's Order by failing to file the required Pre-Trial Documents.

　　　　As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-988 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pre-Trial Conference scheduled for March 24, 2017, and the trial scheduled for April 11, 2017 are hereby **VACATED.**

　　　　IT IS SO ORDERED.